# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Greensboro Division

**Case No. 1:23-cv-309**

| | |
|---|---|
| DIANNA DONALDSON, ) | |
| ) | |
| Plaintiff, ) | **COMPLAINT** |
| ) | |
| v. ) | Fed. R. Civ. P. 8(a) |
| ) | |
| R&B TRUCKING, INC. ) | 28 U.S.C. §§ 1332(a) & 1391(b) |
| and LARRY WAYNE ELLIOTT, ) | |
| ) | |
| Defendants. ) | |

NOW COMES Plaintiff, Dianna Donaldson, by and through counsel, complaining of Defendants, R&B Trucking, Inc. and Larry Wayne Elliott, and alleges and says as follows:

### INTRODUCTION

1. This action arises out of a collision which occurred at or near 11:20 a.m. on July 27, 2020, at the intersection of West Market Street and North Lindell Road, in Greensboro, North Carolina ("the Intersection"), in which a tractor trailer operated by Defendant Larry Wayne Elliott failed to yield the right-of-way to Plaintiff causing a collision (the "Collision"). This action asserts a claim against each and both Defendants for the serious personal injuries suffered by Plaintiff which were proximately caused by the wrongdoing of Defendants.

1

## PARTIES

2. Plaintiff Dianna Donaldson is a competent adult citizen and resident of Guilford County, North Carolina.

3. Defendant R&B Trucking, Inc. ("R&B") is a foreign corporation that is not, and has not been, authorized to do business in North Carolina, and that at all times has had its principal place of business in Mississippi. Upon information and belief, Defendant R&B at all times relevant to this action, regularly has done business in North Carolina, despite not being domesticated or registered to do business in North Carolina.

4. Defendant Larry Wayne Elliott ("Elliott") is, upon information and belief, a competent adult citizen and resident of Batesville, Mississippi.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1132(a)(1) because there is complete diversity between the parties and the amount in controversy exceeds $75,000.

6. Venue in this Court is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claim occurred in the Middle District of North Carolina.

## FACTUAL ALLEGATIONS
### Background

7. At all relevant times Elliott acted as an employee and/or agent of R&B and acted in the course and scope of his employment and agency.

2

8. Pursuant to federal law, Elliott's work as an employee and/or agent for R&B included the inspection, maintenance, and operation of tractor trailer commercial motor vehicle(s) owned by R&B.

9. On July 27, 2020, at around 11:20 A.M., Plaintiff was operating her 2007 Chevrolet motor-vehicle and traveling west on West Market Street towards the Intersection in Greensboro, Guilford County, North Carolina.

10. On July 27, 2020, at around 11:20 A.M., as Plaintiff approached the Intersection, the traffic signal that controlled Plaintiff's lane of travel emitted a steady-beam green light.

11. Meanwhile, on July 27, 2020, at around 11:20 A.M., Defendant Elliott was operating a 2016 Kenworth tractor trailer commercial motor vehicle owned by Defendant R&B and was travelling east on West Market Street towards the Intersection in Greensboro, Guilford County, North Carolina.

12. On July 27, 2020, at around 11:20 A.M., as Defendant Elliott was operating the R&B vehicle while travelling east on West Market Street, Defendant Elliott suddenly and without warning entered the Intersection and turned left towards North Lindell Road and in front of Plaintiff's motor vehicle, thereby causing a collision.

13. The collision between Plaintiff's vehicle and the vehicle owned by Defendant R&B and driven by Defendant Elliott was violent in nature.

14. The collision of July 27, 2020, in the Intersection was caused by the carelessness and negligence of Defendant R&B and Defendant Elliott.

15. Upon information and belief, on July 27, 2020, at around 11:20 A.M., Defendant Larry Wayne Elliott was driving the commercial motor vehicle belonging to Defendant R&B with the authority and consent of Defendant R&B, for the benefit of Defendant R&B, on behalf of Defendant R&B, and was acting as an employee and agent of Defendant R&B.

## CAUSE OF ACTION- NEGLIGENCE

16. Plaintiff repeats and restates the previous allegations of the Complaint.

17. At all times relevant to this action, and on July 27, 2020, Defendant R&B and Defendant Elliott owed duties of reasonable care to fellow drivers, on and about public roads, including Plaintiff.

18. At all times relevant to this action, and on July 27, 2020, Defendant Elliott held a commercial driver's license and was a professional driver who operated commercial motor vehicles as his vocation and occupation.

19. On July 27, 2020, Defendant Elliott was careless, reckless, negligent, and grossly negligent in the following respects:

    a. He failed to establish and keep a proper lookout;

    b. He failed to keep his vehicle under proper control;

c. He failed to yield the right of way to another vehicle in control of its lane of travel;

d. He made a sudden and dangerous left turn without warning;

e. He violated multiple statutory rules of the road, including but not limited to North Carolina General Statutes 20-140 (reckless driving); 20-155 (failure to yield the right of way); 20-160.1 (failure to yield causing serious bodily injury); and otherwise to be proven at the trial of this matter;

f. Upon information and belief, he violated one or more of the Federal Motor Carrier Safety Regulations (49 CFR § 392), to be proven via discovery and at trial; and

g. He otherwise was careless, reckless, negligent, and grossly negligent in various respects to be proven at the trial of this matter.

20. Plaintiff suffered serious, painful, and permanent injuries as a direct and proximate result of Defendant Elliott's negligence.

21. As a direct and proximate result of Defendant Elliott's negligence, Plaintiff sustained various personal injury damages, including but not limited to past and future medical expenses and other economic damages, as well as permanent injury and impairment, pain and suffering, and other non-economic damages.

22. Pursuant to North Carolina General Statute §20-71.1, Defendant Elliott operated the vehicle owned by Defendant R&B Trucking, Inc., Inc. as the agent for, and with the authority, consent, and knowledge of Defendant R&B Trucking, Inc., Inc., because

at the time of the collision of July 27, 2020, Defendant R&B was the owner of the vehicle being driven by Defendant Elliott.

23. On July 27, 2020, and at all other times relevant to this action, Defendant Elliott was an employee and agent of Defendant R&B in the course and scope of his job duties.

24. At all times relevant to the collision of July 27, 2020, Defendant Elliott was working for Defendant R&B and was acting within the course and scope of his employment.

25. Defendant Elliott's negligence is imputable to Defendant R&B through the doctrines of respondeat superior and agency.

26. As a direct and proximate result of Defendants' negligence, Plaintiff is entitled to take judgment against Defendants in an amount in excess of $75,000.00.

## PRAYER FOR RELIEF

WHEREFORE, having complained of Defendants, as set forth herein, Plaintiff prays that this Honorable Court will afford her the following relief:

1) That Plaintiff shall have and recover judgment against defendants, jointly and severally, for all personal injury damages provided by law, in an amount in excess of $75,000.00;

2) That Plaintiff have and recover all such costs, interest, and attorney's fees as by law so provided;

3) For a trial by jury on all issues so triable; and

4) That Plaintiff have all such other and further relief as may be just and proper, in the discretion of this Honorable Court.

This the 13th day of April, 2023.

   /s/ Jon Ward
Jon Ward
North Carolina State Bar # 37122
jonward@pckb-law.com
PINTO COATES KYRE & BOWERS, PLLC
3203 Brassfield Road
Greensboro, NC 27410
Telephone: (336) 282-8848
Facsimile: (336) 282-8409

   /s/ Matthew J. Millisor
Matthew J. Millisor
North Carolina State Bar # 50881
mmillisor@pckb-law.com
PINTO COATES KYRE & BOWERS, PLLC
3203 Brassfield Road
Greensboro, NC 27410
Telephone: (336) 282-8848
Facsimile: (336) 282-8409